THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donna Cannon, Appellant.
 
 
 

Appeal From Darlington County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2007-UP-442
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Jay E. Hodge, Jr., for
 Respondent.
 
 
 

PER CURIAM:  Appellant, Donna Cannon, pled guilty
 pursuant to North Carolina v. Alford, 400 U.S. 25, 91 S.Ct. 160, 27
 L.Ed.2d 162 (1970), to trafficking in ice, crank, or crack, 10 to 28 grams. 
 The trial judge sentenced her to five years imprisonment.  Cannons counsel attached to the brief a
 petition to be relieved as counsel, stating that she had reviewed the record
 and concluded this appeal lacks merit.  Cannon
 did not file a separate pro se brief.  After a thorough review
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.